IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JORDAN K. KEEFE,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, ET AL. ,<br><br>    Defendant. | CV 21-129-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

  IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2) and judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.
  The Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

  Dated this 21st day of December, 2021.

           TYLER P. GILMAN, CLERK

           By: /s/ N. Stephens
           N. Stephens, Deputy Clerk